FRUIN-BAMBRICK CONSTRUCTION COMPANY, Respondent, *v.* WILLIAM L. MARKS, Appellant.

*Fruin-Bambrick Constr. Co.* v. *Marks*, 91 App. Div. 612, affirmed.
(Argued March 7, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1904, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Delos McCurdy* for appellant.

*Henry A. Powell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

BERTHA SMITH, Appellant, *v.* GUSTAV E. KISSEL, Respondent.

*Smith* v. *Kissel*, 92 App. Div. 235, affirmed.
(Argued March 7, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*C. Elliott Minor* for appellant.

*Richard L. Sweezy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.